## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULINE MANDL, et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>NAVIENT SOLUTIONS, LLC,<br><br>　　　　Defendant. | **Case No. 3:18-cv-10972-FLW-TJB** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER in difference having been resolved by and between the parties, Plaintiffs, Pauline Mandl and Tiffany Mandl, and Defendant Navient Solutions, LLC, it is hereby stipulated and agreed that the Complaint and all claims and defenses that were asserted in this matter be and hereby are dismissed with prejudice and without costs.

| | |
|---|---|
| By: | By: |
| **Price Law Group, APC** | **Stradley Ronon Stevens & Young, LLP** |
| */s/ Alla Gulchina* | */s/ Michelle H. Badolato* |
| Alla Gulchina, Esq. | Eric M. Hurwitz, Esq. |
| NJ ID No. 003732010 | NJ ID No. 30681999 |
| 86 Hudson Street | Michelle H. Badolato, Esq. |
| Hoboken, NJ 07030 | NJ ID No: 002682001 |
| T. 818-600-5566 | LibertyView |
| F. 818-600-5466 | 457 Haddonfield Road, Suite 100 |
| E. alla@pricelawgroup.com | Cherry Hill, NJ 08002 |
| | T. 856-321-2400 |
| *Attorney for Plaintiffs,* | F. 856-321-2415 |
| *Pauline Mandl and Tiffany Mandl* | E. ehurwitz@stradley.com |
| | mbadolato@stradley.com |
| | |
| | and |
| | |
| | Mark D. Villanueva, Esq. |
| | NJ ID No. 042312002 |
| | 2005 Market Street, Suite 2600 |
| | Philadelphia, PA 19103-7098 |
| | T. 215-564-8000 |
| | F. 215-564-8120 |
| | E. mvillanueva@stradley.com |
| | |
| | *Attorneys for Defendant, Navient Solutions, LLC* |

Dated: May 3, 2019