IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULINE MANDL, et al,<br><br>      Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>      Defendant. | Case No. 3:18-cv-10972-FLW-TJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER in difference having been resolved by and between the parties, Plaintiffs, Pauline Mandl and Tiffany Mandl, and Defendant Navient Solutions, LLC, it is hereby stipulated and agreed that the Complaint and all claims and defenses that were asserted in this matter be and hereby are dismissed with prejudice and without costs.

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.  5-6-19